# Return

| Case No.: 24m472 | Date and time warrant executed: 08/21/2024 | Copy of warrant and inventory left with: N/A |
|---|---|---|
| Inventory made in the presence of : | N/A | |

Inventory of the property taken and name(s) of any person(s) seized:

Black iPhone 14 covered in electronic tape,
Various USB drives,
Blue Samsung external hard drive,
Black Samsung external hard drive.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/11/2026

*Executing officer's signature*

David Bianchi, FBI SA
*Printed name and title*